# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-cr-00273-MMD-NJK |
| ) | |
| OUDOM SOMEE, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On November 21, 2012, defendant OUDOM SOMEE was convicted by a jury of Counts One through Eleven of an Eleven-Count Criminal Superseding Indictment, charging him in Count One with Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344, and 1349; in Counts Two through Nine with Wire Fraud in violation of Title 18, United States Code, Section 1343; in Count Ten with Bank Fraud in violation of Title 18, United States Code, Section 1344; and in Count Eleven with Mail Fraud in violation of Title 18, United States Code, Section 1341. Superseding Criminal Indictment, ECF No. 25; Jury Trial Minutes, ECF No. 104; Jury Verdict, ECF No. 109.

This Court finds that OUDOM SOMEE shall pay a criminal forfeiture money judgment of $4,980,192 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

1    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from OUDOM SOMEE a criminal forfeiture money judgment in the amount of $4,980,192 in United States Currency.

DATED this __11th__ day of __January__, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE