**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:10-CR-273-MMD-(GWF) |
| OUDOM SOMEE, | ) ) ) | |
| Defendant. | ) | |

**AMENDED ORDER OF FORFEITURE**

This Court found on January 11, 2013, that OUDOM SOMEE shall pay a criminal forfeiture money judgment of $4,980,192.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 25; Jury Trial Minutes, ECF No. 104; Order of Forfeiture, ECF No. 116.

This Court found on July 30, 2013, however, that OUDOM SOMEE shall pay a criminal forfeiture money judgment of $1,334,913.60 in United States Currency. Sentencing Minutes, ECF No. 136; Order of Forfeiture, ECF No. 142.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from OUDOM SOMEE a criminal forfeiture money judgment in the amount of $1,334,913.60 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

1  Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section
2  853(p).
3      DATED this ___27th___ day of ___August_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

2

**PROOF OF SERVICE**

I, Daniel R. Schiess, certify that the following individuals were served with copies of the **AMENDED ORDER OF FORFEITURE** on July 31, 2013, by the below identified method of service:

CM/ECF:

Randall J. Roske
Law Office of Randall J. Roske
2055 W. Charleston Blvd., Ste. C
Las Vegas, NV 89102
Email: randallroske@yahoo.com
*Attorney for Oudom Somee*

        */s/ Daniel R. Schiess*
        DANIEL R. SCHIESS
        Assistant United States Attorney